IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 27  A 11: 19

CLERK _L. LaVictoire_
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.: CR205-32 |
| v.  ) | |
| ) | |
| KALVIN LASHAWN MANGRAM ) | |
| DENNIS MITCHELL ) | |

## ORDER

The Court has been advised that all motions filed in this case have been resolved by the parties with the exception of the Motion to Suppress filed by Dennis Mitchell. Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this 27th day of October, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)