IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>) | CASE NO.: CR205-32 |
| v.   )<br>) | |
| KALVIN LASHAWN MANGRAM )<br>DENNIS MITCHELL   ) | |

# ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Defendant Dennis Mitchell ("Mitchell") asserts that the Court did not adequately consider the videotape pertaining to the investigative detention of Kalvin Mangram ("Mangram"). Mitchell contends that a review of the videotape indicates that Mangram was not arrested. Mitchell also contends that the Magistrate Judge's conclusion that there is no evidence that Officer Nohilly ("Nohilly") did not intend to pursue the open container offense with Mangram is erroneous. Mitchell further contends that the videotape and the preliminary hearing transcript[1] reveal that Nohilly did not plan to charge Mangram with an offense, and, accordingly, no reason existed to extend the traffic stop.

---

[1] Defense counsel questioned Nohilly at the evidentiary hearing about certain testimony he provided at the preliminary hearing in the Glynn County Magistrate Court. However, the transcript of this hearing has not been provided to the Court.

AO 72A
(Rev. 8/82)

The undersigned finds that the Magistrate Judge appropriately analyzed Mitchell's Motion to Suppress based on the evidence before the Court and the applicable case law. Mangram was under arrest at the time officers searched the car in which he and Mitchell were occupants, and said arrest was supported by probable cause. Thus, the search of the car was lawful.

Defendant's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendant's Motion to Suppress (Doc. No. 43) is **DENIED**.

**SO ORDERED**, this 4th day of November, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)