IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR 205-32 |
| | ) |
| KALVIN LASHAWN MANGRAM and | ) |
| DENNIS MITCHELL | ) |

**O R D E R**

The above and foregoing case having been previously assigned to the undersigned for plenary disposition,

IT IS HEREBY ORDERED that this case be reassigned to the Honorable Dudley H. Bowen, Jr., Judge for disposition.

SO ORDERED this 13th day of February, 2006.

ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA